# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **BETTY GARDNER,** *Plaintiff* | § § § | |
| **v.** | § § | **CASE NO. 1:23-CV-01322-DII** |
| **SANOFI-AVENTIS U.S. LLC, d/b/a WINTHROP US and SANOFI U.S. SERVICES, INC., f/k/a SANOFI-AVENTIS U.S. INC.,** *Defendants* | § § § § § | |

## ORDER

On January 29, 2024, Defendants filed a Proposed Scheduling Order. Dkt. 17. The Proposed Scheduling Order was not signed by Plaintiff. *Id*. Parties are required to submit a proposed scheduling order to the Court no later than sixty days after any appearance of any defendant. *See* W.D. TEX. LOC. R. CV-16(c). This Court requires parties to submit a joint order.

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **March 22, 2024**.

If Plaintiff fails to participate, the Court likely will adopt the proposed scheduling order submitted by Defendants.

**SIGNED** on March 7, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1